IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-61566-CIV-COHN/SNOW

UNITED STATES OF AMERICA )
)
         Plaintiff, )
v. )
)
ALEYDA BORGE, M.D., LEONZA HEALTH )
MANAGEMENT GROUP, INC., ET. AL., )
)
         Defendants. )

## CONSENT FINAL JUDGMENT AGAINST LEONZA HEALTH MANAGEMENT GROUP, INC.

This matter having come before this Court on the plaintiff's Unopposed Motion for Consent Final Judgment against the defendant **LEONZA HEALTH MANAGEMENT GROUP, INC.**, and the Court having reviewed the pleadings submitted on behalf of the parties, it appearing that the defendant has consented to the entry of the relief ordered herein and for good cause shown, it is

ORDERED AND ADJUDGED that judgment is entered in favor of the plaintiff United States, upon the Complaint herein, against the defendant **LEONZA HEALTH MANAGEMENT GROUP, INC.** in the amount of Six Million Seven Hundred Fifteen Thousand Seven-Hundred Thirty-Six Dollars and no cents ($6,715,736.00) and that this judgment is joint and several with any judgment entered against any of the other defendants in this case. It is further

ORDERED AND ADJUDGED that this judgment shall bear interest at the rate as prescribed by 28 U.S.C. § 1961 and that each party shall bear its own costs and attorneys fees.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 8th day of May, 2008.

_____
JAMES I. COHN
UNITED STATES DISTRICT JUDGE

cc: All Counsel on the Attached Service List

<u>SERVICE LIST</u>

Mark A. Lavine
Assistant U.S. Attorney
Federal Justice Building
99 N.E. 4th Street
Civil Division, Suite 300
Miami, Florida 33132
Telephone (305) 961-9303
Fax (305) 530-7139
Fla. Bar No. 648876
Email: Mark.Lavine@usdoj.gov

Guy Spiegelman, Esquire
28 Flagler Street, Suite 400
Miami, Florida 33130
E-mail: ggersten@bellsouth.net

Jose M. Quinon
2333 Brickell Avenue, Suite A-1
Miami, FL 33129-2497
Telephone (305) 858-5700
Facsimile (305) 358-7848
Email: jquinon@quinonlaw.com

Alexander F. Fox, P.A.
1401 Brickell Avenue, Suite 1000
Miami, Florida 33131
Tel: (305) 448-1033
Fax: (305) 577-9712
Email: alexfox@alexanderfoxlaw.com
Fla. Bar. #167886