

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 05-61566-CIV-COHN/SELTZER

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ALEYDA BORGE, M.D., LEONZA HEALTH
MANAGEMENT GROUP, INC., et al.,

      Defendants.
_____/

### FINAL JUDGMENT AGAINST DEFENDANTS MODESTO MARQUEZ AND BEST OPTION CONSULTING, INC.

**THIS CAUSE** is before the Court upon a separate Order Granting Plaintiff's Motion for Entry of Final Judgment Against Defendants Modesto Marquez and Best Option Consulting, Inc. It is hereby

**ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff United States, upon the Complaint herein, against Defendants Modesto Marquez and Best Option Consulting, Inc. in the amount of Ten Million Four Hundred Twenty-Five Thousand Four-Hundred Seventy-nine Dollars and Sixty-Four cents ($10,425,479.64), and that this judgment is joint and several with any judgment entered against any of the other Defendants in this case. It is further

**ORDERED AND ADJUDGED** that the Defendants, their agents, employees, attorneys, and all persons acting in concert and participation with Defendants Modesto Marquez and Best Option Consulting, Inc., including all banking and other financial institutions at which they do business, who receive by personal service, by publication,

or otherwise, be enjoined as follows:

    (1)    From making or conspiring to make any reimbursement claims to the Medicare program or to any other publicly funded health care program;

    (2)    From alienating, withdrawing, transferring, removing, dissipating or otherwise disposing of, in any manner, any moneys or sums presently deposited, or held on behalf of the defendants by any financial institution, trust fund, or other financial agency, public or private, that are proceeds from false, fictitious, or fraudulent claims made by the Defendants, or any moneys of an equivalent value to those taken through false, fictitious, or fraudulent claims. It is further

**ORDERED AND ADJUDGED** that Defendants Modesto Marquez and Best Option Consulting, Inc., their agents, employees, attorneys, and all persons acting in concert and participation with the Defendants, who receive notice by personal service, by publication, or otherwise, are hereby ordered:

    (3)    To preserve all business, financial and accounting records, including bank records, which detail Defendants' business operations and disposition of any payment which directly or indirectly arose from the payment of money to the defendant on behalf of the Medicare program;

    (4)    To preserve all medical records, including patient records, which relate to Defendants' business operation and/or to services for which claims were submitted to the Medicare program. It is further

**ORDERED AND ADJUDGED** that this judgment shall bear interest at the rate as

prescribed by 28 U.S.C. §1961, and shall be a lien upon the property of the Defendants as prescribed by 28 U.S.C. §2001 *et. seq.*, and Federal Rule of Civil Procedure 69(a). It is further

**ORDERED AND ADJUDGED** that InterAmerica Bank is hereby authorized and directed to transfer the balance of the funds in any account of Defendants Modesto Marquez and Best Option Consulting, Inc. to the United States. It is further

**ORDERED AND ADJUDGED** that Plaintiff shall be permitted further post-judgment remedies pursuant to 28 U.S.C. §§ 3001-3300. It is further

**ORDERED AND ADJUDGED** that each party shall bear its own costs and attorney's fees.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County Florida, on this 16th day of May, 2008.

/s/ James I. Cohn
**JAMES I. COHN**
**United States District Judge**

Copies provided to:

Counsel of record

3